THE FIRST NATIONAL BANK OF LUDINGTON v. WILLIAM M. DWIGHT, ALFRED A. DWIGHT, DAVID E. WILSON, WILLIAM A. LUTHER, AND ROBERT M. WILSON.

*Bills and notes—Service of process—Judgment.*

The makers and indorsers of a promissory note resided in different counties, and were joined as defendants in a suit upon the note brought in the county in which the indorsers resided, and where they were served with declaration. And it is held that a subsequent service of the declaration upon the makers in the county in which they resided, under How. Stat. § 7316, authorizing such service in the case of joint defendants in certain cases, would not authorize a joint judgment against the parties, the case being ruled by *Church v. Edson,* 39 Mich. 113.

Error to Ionia. (Smith, J.) Argued April 14, 1891. Decided May 8, 1891.

*Assumpsit.* Defendants Dwight bring error. Judgment

as to appellants set aside. The facts are stated in the opinion.

*Bowen, Douglas & Whiting,* for appellants.

MORSE, J. The plaintiffs sued the defendants in the Ionia circuit court upon promissory notes, of which the defendants Dwight were makers, in the name of William M. Dwight & Co., and the other defendants were indorsers, under the name of Wilson, Luther & Wilson.

The suit was commenced by declaration, which was served upon the indorsers in Ionia county. On the filing of the return of this service by the sheriff of Ionia county, copies of the declaration were sent to Wayne county, and there served upon the Dwights by the sheriff of that county. The default of the defendants was afterwards duly taken, and a judgment entered against all of them jointly.

The defendants William M. Dwight and Alfred A. Dwight come to this Court on writ of error, alleging that there has been no legal service upon them. There is no appearance by the appellee in this Court. The case is ruled by *Church v. Edson,* 39 Mich. 113. The judgment against the Dwights is unwarranted, and must be vacated and set aside, with costs of this Court.

The other Justices concurred.